IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>WILDHORSE TRADING CO., LLC, RYAN HART, STEVEN BLANCHARD, and ROXANNE BLANCHARD,<br><br>Defendants. | CV 23–48–M–DWM<br><br>ORDER |

Defendant Wildhorse Trading Co., LLC, having moved unopposed for a thirty-day extension to file a response to the Amended Complaint (Doc. 2),

IT IS ORDERED that the motion (Doc. 10) is GRANTED. The deadline for all defendants to respond to the Amended Complaint is now August 16, 2023.

DATED this 14th day of July, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

1